**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No. 12-PO-00159-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. BRIAN EDWARDS,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant requested a continuance of the trial to Court set for October 9, 2012 at 9:00 a.m., therefore;

**IT IS HEREBY ORDERED** that this matter is **RESCHEDULED** for trial to court on **October 25, 2012 at 8:00 a.m.** before the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**DATED:  October 9, 2012**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**

## Certificate of Mailing

I hereby certify that on the 9th day of October, 2012, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

1

Dondi Osborne  
Asst. U. S. Attorney  
103 Sheppard Drive, Suite 215  
Durango, Colorado 81303  

Brian Edwards  
1010 North Broadway  
Cortez, Colorado 81321  

**By:**   **s/Shirley W. Dills**  
       **Assistant to Magistrate Judge**