# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  12-PO-00159-DLW |
| BRIAN EDWARDS | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:**  Was found guilty on count COUNT 1 of the Information after a plea of not guilty.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261.16(m) | Parking a Motor Vehicle or Trailer in Place Not Developed or Designated | 07/01/12 - 07/04/12 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $50.00 |

<u>                    10/25/12                    </u>
Date of Imposition of Judgment

<u>                 s/David L. West                 </u>
Signature of Judicial Officer

<u> David L. West, U.S. Magistrate Judge</u> Name &
Title of Judicial Officer

<u>                    10/25/12                    </u>
Date